# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PENNSYLVANIANS FOR UNION REFORM, | : | No. 524 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF STATE, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.